**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

CARDTEK INTERNATIONAL, LTD a/k/a
CARDTEK INTERNATIONAL, INC.,

     Plaintiff,

     v.

TARGET CORPORATION,
          Defendant.

Case No. 2:25-cv-01202

**DECLARATION OF WILLIAM E. MANSKE IN SUPPORT OF DEFENDANT TARGET CORPORATION'S**
**MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

I, William E. Manske, declare as follows:

1.     I am an attorney representing Defendant Target Corporation ("Target") in this action. I submit this Declaration in support of Target's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a). I have personal knowledge of the facts stated herein, and if called upon to testify, I could and would competently testify thereto.

2.     Attached hereto as **Exhibit A** is a true and correct copy of the Declaration of Alec Bakke in Support of Defendant Target Corporation's Motion to Transfer Venue to the District of Minnesota, dated May 15, 2026.

3.     Attached hereto as **Exhibit B** is a true and correct copy of the 2026 Star Tribune List of Minnesota's Largest Companies, dated April 7, 2026.

4.     Attached hereto as **Exhibit C** is a true and correct copy of Texas Secretary of State search results for "Cardtek International."

1

5. Attached hereto as **Exhibit D** is a true and correct copy of Cardtek's Initial and Additional Disclosures, dated April 16, 2026.

6. Attached hereto as **Exhibit E** is a true and correct copy of First Amended and Restated Assignment of Patent Rights (CARDTEK_000375-83), executed on October 22, 2024.

7. Attached hereto as **Exhibit F** is a true and correct copy of the Alexandra E. Sager Search Report.

8. Attached hereto as **Exhibit G** is a true and correct copy of the Declaration of Dr. Robert Sager (CARDTEK_000131-37).

9. Attached hereto as **Exhibit H** are true and correct copies of LinkedIn Resumes of Judy Foster and Randy Burnette.

10. Attached hereto as **Exhibit I** are true and correct copies of excerpts of the Complaint for Patent Infringement, *Cardtek International, Inc. v. The Kroger Co. et al.*, No. 2:23-cv-00045-JRG-RSP (E.D. Tex. Feb. 6, 2023), Dkt. 1.

11. Attached hereto as **Exhibit J** is a true and correct copy of the Order, *Cardtek International, Inc. v. The Kroger Co. et al.*, No. 2:23-cv-00045-JRG-RSP (E.D. Tex. May 12, 2023), Dkt. 19.

12. Attached hereto as **Exhibit K** are true and correct copies of excerpts of the Complaint for Patent Infringement, *Cardtek International, Inc. v. Starbucks Corporation*, No. 2:23-cv-00217-JRG-RSP (E.D. Tex. May 15, 2023), Dkt. 2.

13. Attached hereto as **Exhibit L** is a true and correct copy of the Order, *Cardtek International, Inc. v. The Kroger Co. et al.*, No. 2:23-cv-00045-JRG-RSP (E.D. Tex. June 6, 2024), Dkt. 63.

14.    Attached hereto as **Exhibit M** is a true and correct copy of Exhibit 2 to Motion to Strike Cardtek's Supplemental Contentions, *Cardtek International, Inc. v. The Kroger Co. et al.*, No. 2:23-cv-00045-JRG-RSP (E.D. Tex. December 14, 2023), Dkt. 48-2.

15.    Attached hereto as **Exhibit N** is a true and correct copy of the Claim Construction Order, *Cardtek International, Inc. v. The Kroger Co. et al.*, No. 2:23-cv-00045-JRG-RSP (E.D. Tex. July 10, 2024), Dkt. 72.

16.    Attached hereto as **Exhibit O** is a true and correct copy of the Summary Judgment Motion, *Cardtek International, Inc. v. The Kroger Co. et al.*, No. 2:23-cv-00045-JRG-RSP (E.D. Tex. September 17, 2024), Dkt. 94.

17.    Attached hereto as **Exhibit P** is a true and correct copy of the Order, *Cardtek International, Inc. v. The Kroger Co. et al.*, No. 2:23-cv-00045-JRG-RSP (E.D. Tex. November 4, 2023), Dkt. 120.

18.    Attached hereto as **Exhibit Q** are true and correct copies of excerpts of the Complaint for Patent Infringement, *Cardtek International, Ltd. v. Chick-Fil-A, Inc.*, No. 2:25-cv-00091-JRG-RSP (E.D. Tex. January 31, 2025), Dkt. 1.

19.    Attached hereto as **Exhibit R** is a true and correct copy of the Motion to Transfer Venue, *Cardtek International, Ltd. v. Chick-Fil-A, Inc.*, No. 2:25-cv-00091-JRG-RSP (E.D. Tex. July 14, 2025), Dkt. 32.

20.    Attached hereto as **Exhibit S** is a true and correct copy of the Order, *Cardtek International, Ltd. v. Chick-Fil-A, Inc.*, No. 2:25-cv-00091-JRG-RSP (E.D. Tex. October 29, 2025), Dkt. 50.

21.    Attached hereto as **Exhibit T** is a true and correct copy of Cardtek's Preliminary Infringement Contentions.

3

22.    Attached hereto as **Exhibit U** are true and correct copies of search results for Miami-Marshall Flights and Miami-Minneapolis Flights, conducted on April 26, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: May 18, 2026                                         Respectfully Submitted,

By: */s/William E. Manske*
Christopher K. Larus (*Pro Hac Vice*)
William E. Manske (*Pro Hac Vice*)
Victor Cedeno (*Pro Hac Vice*)
**THOMPSON HINE LLP**
800 Nicollet Avenue, Suite 2925
Minneapolis, MN 55402
Tel.:  (612) 605-5900
christopher.larus@thompsonhine.com
william.manske@thompsonhine.com
victor.cedeno@thompsonhine.com

Gregory P. Love (TX 24013060)
**STECKLER WAYNE & LOVE**
104 E. Houston Street, #115
Marshall, TX 75670
Tel.: (903) 212-4444
greg@stecklerlaw.com
bweber@smithweber.com
*Attorneys for Defendant Target Corporation*